In the Matter of the Application of CHARLES GRAVEN, Appellant, for a Peremptory Mandamus Order against HARRY SCOTT and Others, as Trustees of the New Rochelle Police Pension Fund, Respondents.

Second Department, February 5, 1937.

*Anthony W. Mazzarella,* for the appellant.

*John A. Bodmer* [*Aaron Simmons, Corporation Counsel,* with him on the brief], for the respondents.

PER CURIAM. The proceeding was brought to obtain a peremptory order of mandamus directing the respondents, as trustees of the police pension fund of the city of New Rochelle, to pay to the petitioner the sum of $375, being the amount of his contributions,

two per cent of his monthly salary, during the period of his service as a police officer of that city. The petitioner resigned from the police force.

The statute, chapter 268 of the Laws of 1904, " An Act to provide for a pension fund for the police force of the city of New Rochelle," contains no provision authorizing or directing a refund to a police officer, upon his resignation, of contributions made by him during his incumbency in office; and the court is without power to read such a provision into the statute. (*Pennie* v. *Reis*, 132 U. S. 464, 471; *Clarke* v. *Reis*, 87 Cal. 543; 25 P. 759; *McKuskie* v. *Hendrickson*, 128 N. Y. 555, 558; *McCluskey* v. *Cromwell* 11 id. 593, 601; *Leach* v. *Auwell*, 154 App. Div. 170, 176.)

The order should be affirmed, with costs.

Present — LAZANSKY, P. J., CARSWELL, DAVIS, ADEL and TAYLOR, JJ.

Order denying an application for a peremptory mandamus order unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion.